UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:18-cv-05666-TWT |
| : | |
| **SANDY SPRINGS FS, LLC** : | |
| **A Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Parties to this action have reached an agreement regarding all disputed issues in this case. The Parties are in the process of documenting and finalizing the settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice following the finalizing of the settlement, which Plaintiff anticipates will be within fourteen (14) days of this Notice of Settlement.

Plaintiff requests that the Court adjourn all upcoming deadlines while the Parties finalize this settlement.

Dated: February 1, 2019

                Respectfully Submitted,

                <u>/s/ Pete M. Monismith</u>
                Pete M. Monismith, Esq
                3945 Forbes Ave., #175
                Pittsburgh, PA 15213
                724-610-1881
                pete@monismithlaw.com
                GA-941228

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 1st day of February 2019 and by electronically mailing a copy to Defendant at:

Simon Bakaric
201 Allen Road, Suite 300
Atlanta, GA 30328
sbakaric@newburger-andes.com


By: /s/ Pete M. Monismith__