IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:18-cv-05666-TWT |
| SANDY SPRINGS FS, LLC<br>A Limited Liability Company | : |
| Defendant. | : |
| _____/ | |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Marcus Ingram, in the above-styled action, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: February 4, 2019

                                                   Respectfully Submitted,
                                                   /s/ Pete M. Monismith
                                                   Pete M. Monismith, Esq.
                                                   Pete@monismithlaw.com
                                                   3945 Forbes Ave., #175
                                                   Pittsburgh, PA 15213
                                                   Ph: 724-610-1881
                                                   Fax: 412-258-1309
                                                   **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 4th day of February 2019 and by electronically mailing a copy to Defendant at:

Simon Bakaric
201 Allen Road, Suite 300
Atlanta, GA 30328
sbakaric@newburger-andes.com

By: /s/ Pete M. Monismith