IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, Individually<br><br>Plaintiff(s)<br><br>v.<br><br>SANDY SPRINGS FS, LLC<br>Defendant(s) | CIVIL ACTION NO.<br>1:18cv5666-TWT |

O R D E R

The parties having announced that the above case is settled, the Court directs the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissals consistent with their Notice of Settlement [6].

SO ORDERED, this 4th day of February, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE